**Cologro PIAZZA, Appellant, v. UNITED STATES, Appellee.**

No. 4793.

Circuit Court of Appeals, Third Circuit.

July 14, 1932.

Frederic M. P. Pearse, of Newark, N. J., for appellant.

Phillip Forman, U. S. Atty., and John W. Griggs, Asst. U. S. Atty., both of Trenton, N. J., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

The facts in this case bring it clearly within the case of Miller v. United States (C. C. A.) 50 F.(2d) 505. Finding no error, the judgment below is affirmed.

**Herbert PICKLE and Jess Hall v. UNITED STATES.**

No. 6199.

Circuit Court of Appeals, Sixth Circuit.

May 10, 1932.

David Himmelstein, of Nashville, Tenn., for appellants.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.

**PIEDMONT AND NORTHERN RAILWAY COMPANY, Appellant, v. INTERSTATE COMMERCE COMMISSION, Southern Railway Company, et al., Appellees.**

No. 3255.

Circuit Court of Appeals, Fourth Circuit.

March 14, 1932.

H. J. Haynsworth, of Greenville, S. C., and R. S. Hutchison and W. S. O'B. Robinson, Jr., both of Charlotte, N. C., for appellant.

Daniel W. Knowlton, Nelson Thomas, c/o Interstate Commerce Commission, Sidney S. Alderman, and L. E. Jeffries, c/o Southern Ry. Co., all of Washington, D. C., F. B. Grier and Carl H. Davis, both of Wilmington, N. C., William C. Burger, of Louisville, Ky., and James J. McLaughlin, of Erwin, Tenn., for appellees.

PER CURIAM.

Before case argued in this court, appellant applied to the Supreme Court of the United States for a writ of certiorari, which writ was granted by that court.

**Henry PITTMAN, Appellant, v. UNITED STATES of America.**

No. 9516.

Circuit Court of Appeals, Eighth Circuit.

May 7, 1932.

L. L. Collins, of Springfield, Mo., for appellant.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee, under Rule 16.

**Henry PITTMAN, Appellant, v. UNITED STATES of America.**

No. 9199.

Circuit Court of Appeals, Eighth Circuit.

May 7, 1932.

L. L. Collins and Harold Pierce, both of Springfield, Mo., for appellant.

William L. Vandeventer, U. S. Atty., and Chet A. Keyes, Asst. U. S. Atty., both of Kansas City, Mo.